Former decision, 562 U.S. 860, 131 S. Ct. 133, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 6342.

**No. 09-11044. Xiao Qing Liu, Petitioner v. Richline Group, et al.**

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 45.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 860, 131 S. Ct. 134, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 5957.

**No. 09-11070. Lisa J. Gillard, Petitioner v. Alexander S. Michalakos, et al.**

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 37.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 6424.

**No. 09-11081. John Christopher Blakeney, Petitioner v. Mississippi.**

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 479.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6081.

**No. 09-11108. Andre Williams, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1171, 131 S. Ct. 982, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 436.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 6349.

**No. 09-11248. Anthony Benjamin, Petitioner v. Sergeant Shepherd, et al.**

562 U.S. 1171, 131 S. Ct. 982, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 391.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 869, 131 S. Ct. 168, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6688.

**No. 09-11545. Crandall Postell, Petitioner v. Bank of Central Florida, et al.**

562 U.S. 1171, 131 S. Ct. 982, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 120.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 887, 131 S. Ct. 218, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 6796.

**No. 09-11559. Crandall Postell, Petitioner v. Bank of Central Florida, et al.**

562 U.S. 1171, 131 S. Ct. 982, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 377.

January 10, 2011. Petition for rehearing denied.